

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-17-00640-CR

William Boyd **PORTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4455
Honorable Jefferson Moore, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Motion for Rehearing and Motion for Reconsideration En Banc is hereby GRANTED. Time is extended until January 10, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.

_____
Keith E. Hottle
Clerk of Court